[No. 55159-1-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-03448-3, Richard McDermott, J., entered October 13, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.

[No. 55365-8-I.   Division One.   February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH BURLIN FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01899-9, Kenneth L. Cowsert, J., entered November 23, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Dwyer, JJ. Now published at 132 Wn. App. 26.

[Nos. 55461-1-I; 55660-6-I;   Division One.   February 13, 2006.]
    55462-0-I; 55519-7-I;
    55595-2-I.

THE CITY OF SEATTLE, *Respondent,* v. LISA K. HAMMON, *Petitioner.*

THE CITY OF SEATTLE, *Respondent,* v. LYLE COURTSAL, *Petitioner.*

THE CITY OF SEATTLE, *Respondent,* v. SEYOUM BEYENE, *Petitioner.*

THE CITY OF SEATTLE, *Respondent,* v. EDWARD BRYANT, *Petitioner.*

Appeals from judgments of the Superior Court for King County, Nos. 03-1-04705-4, 03-1-04766-6, 04-1-00010-2, and 04-1-00025-1, Julie Spector, J., entered November 2 and 29 and December 6 and 20, 2004. *Affirmed* by unpublished per Coleman, J., concurred in by Baker and Dwyer, JJ. Now published at 131 Wn. App. 801.